

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-10-00652-CR, 01-10-00653-CR, 01-10-00654-CR, 01-10-00655-CR, 01-10-00656-CR, 01-10-00657-CR, 01-10-00658-CR, 01-10-00659-CR, 01-10-00660-CR, 01-10-00661-CR, 01-10-00662-CR |
| Trial Court Cause Number: | 12976, 12977, 12978, 12979, 12980, 12981, 12982, 12983, 12984, 12985, 12986 |
| Style: | William Andrew Allen |
| | **v** The State of Texas |
| Date motion filed[*]: | February 13, 2013 |
| Type of motion: | Motion for Court Appointed Counsel |
| Party filing motion: | Pro se |
| Document to be filed: | N/A |

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due: _____

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
    ☒ Acting individually   ☐ Acting for the Court

Panel consists of _____

Date: February 27, 2013